THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. PETERSON, *Appellant*.

[No. 436-3.    Division Three.    April 11, 1972.]